

# Fourth Court of Appeals
## San Antonio, Texas

December 8, 2015

No. 04-15-00591-CV

**IN THE INTEREST OF M.G.F., N.J.F., AND K.R.F.,** Children,

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 13381B
Honorable Rex Emerson, Judge Presiding

# O R D E R

The Texas Department of Family and Protective Services' Extension of Time to File Brief is GRANTED. Time is extended to December 16, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of December, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court